UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

ERIC J. WILLIAMS,

Plaintiff.                                                                         Case No.: 6:21-cv-06596

**DECLARATION**

v.

ROCHESTER INSTITUTE OF TECHOLOGY,

Defendant.
_____

I, PRATHIMA REDDY ESQ, pursuant to 28 U.S.C §1746 declare under penalty of perjury the following:

1. I am an attorney duly licensed to practice law before the Courts of the State of New York, and before the District Court for the Western District of New York.
2. I make this Declaration in support of Plaintiff's counsel's request to withdraw from representation.
3. This withdrawal of representation is made due to unforeseen personal circumstances causing counsel to scale back her litigation workload.
4. Plaintiff has been informed and does not object to this withdrawal but requests time to obtain new counsel.
5. Defendant does not object to this request to withdraw representation.
6. Plaintiff's counsel requests that the Court allow an extension of the current scheduling order by 90 days to allow Plaintiff to obtain new counsel and complete discovery.
7. For the reasons stated above, this motion should be granted its entirety.

Dated: January 12, 2023                                     /s/ *Prathima Reddy*
          Buffalo, New York                                      Prathima Reddy
                                                                               The Reddy Law Firm LLC

1